**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: CASE NO.: 11-00478-BKC

LARRY C. WYNN
and WANDA C. WYNN,
    Debtors.
_____/

## CHAPTER 13 PLAN

1. The future earnings or income of the Debtor are submitted to the supervision and control of the Trustee.

2. The total of **$555.56** per month for month one (1) through sixty (60) shall be submitted to the control of the Trustee for administration on behalf of creditors filing allowed claims, for a duration of sixty (60) months, i.e. the "life of the plan", or, alternatively, until all such claims are paid in full.

3. The Trustee shall make the following disbursements from the payments so received:

### A. PRIORITY CLAIMS

(1) The fees and expenses of the Trustee shall be paid over the life of the plan at the rate of ten percent (10%) of the amount of all payments remitted under the plan.

(2) **Robert W. Elrod P.A.** has a priority claim in the amount of $2,500.00. The Trustee shall make payments of **$500.00** per month, from payments 1 through 5, in order to satisfy this obligation.

### B. SECURED CLAIMS

(1) **SunTrust Bank** has the first mortgage on the Debtors' principal residence. The Debtors are current with their payments to this creditor and shall continue to pay this creditor directly outside of the Plan.

(2) **Wachovia Bank** has the second mortgage on the Debtors' principal residence. There is no equity in this property after accounting for the first mortgage. Accordingly, this mortgage shall be treated as an unsecured debt and the lien shall be stripped and the debt discharged upon successful completion of this Plan.

(3) **Wachovia Bank** has the mortgage on the Debtors' commercial property located at 4617 Highway Avenue, Jacksonville, Florida. The Debtors shall surrender this property to this creditor in order to satisfy in full this obligation.

(4) **Mike Hogan, Tax Collector,** has a secured claim on the Debtors' commercial

property located at 4617 Highway Avenue, Jacksonville, Florida.  The Debtors shall surrender this property to this creditor in order to satisfy in full this obligation.

(5)  **SunTrust Bank** has the mortgage on the Debtors' rental property located at 2001 Creekmont Drive, Middleburg, Florida.  The Debtors shall surrender this property to this creditor in order to satisfy in full this obligation.

### C.  UNSECURED CLAIMS

(1)  Unsecured creditors, including those secured creditors having deficiency claims or whose liens have been avoided, shall receive distribution on a pro-rata basis. The Trustee shall distribute **$500.00** per month for months six (6) through sixty (60) to those unsecured creditors whose claims are timely filed and allowed.

(2)  Any claim filed after the last date to file claims, shall receive no distribution under this plan unless specifically provided for above.

### D.  GENERAL PROVISIONS

(1)  The Debtor does not reject any executory contracts.

(2)  Title to all property in the estate shall re-vest in the Debtor upon confirmation of this plan.

(3)  Except as provided for in the plan, the order confirming the plan or other court order, no interest, late charges, penalties or attorneys' fees will be paid to or accessible by any creditor. 11 U.S.C. Section 1327(a) provides: "The provisions of a confirmed plan bind the debtor and each creditor, whether or not the claim of such creditor is provided for by the plan, and whether or not such creditor has objected to, has accepted, or has rejected the plan."

(4)  Once the Debtor successfully completes the Chapter 13 plan and a discharge is entered by the Court, NO CREDITOR WILL BE ALLOWED TO ADD LATE CHARGES, PENALTIES, INTEREST OR ATTORNEYS' FEES FROM THE BEGINNING OF TIME THROUGH THE DATE OF DISCHARGE.

**DATED: February 2, 2011**  /s/ Robert W. Elrod, Jr.
**ROBERT W. ELROD, JR.**
Florida Bar No.: 184446
233 East Bay Street
1032 Blackstone Building
Jacksonville, Florida 32202
(904) 356-1282/Fax:356-6268
Attorney for Debtors